Same case below, 433 Fed. Appx. 73.

**No. 11-7384. Jose Boanerge Zavala, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

565 U.S. 1164, 132 S. Ct. 1107, 181 L. Ed. 2d 991, 2012 U.S. LEXIS 755.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 436 Fed. Appx. 276.

**No. 11-7388. Mark Anthony Flores, Petitioner v. California.**

565 U.S. 1164, 132 S. Ct. 1108, 181 L. Ed. 2d 991, 2012 U.S. LEXIS 874,

January 17, 2012. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 11-7390. Rodolfo I. Gonzalez, Petitioner v. Randy Grounds, Warden.**

565 U.S. 1164, 132 S. Ct. 1108, 181 L. Ed. 2d 991, 2012 U.S. LEXIS 876.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7391. Nathaniel Harvey, Petitioner v. Chris Christie, Governor of New Jersey, et al.**

565 U.S. 1164, 132 S. Ct. 1108, 181 L. Ed. 2d 991, 2012 U.S. LEXIS 730.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7392. Willie Foster Haynes, Petitioner v. Texas.**

565 U.S. 1164, 132 S. Ct. 1108, 181 L. Ed. 2d 991, 2012 U.S. LEXIS 878,

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

**No. 11-7393. Bruce Monroe Greer, Petitioner v. Cynthia Nelson, Warden.**

565 U.S. 1164, 132 S. Ct. 1109, 181 L. Ed. 2d 991, 2012 U.S. LEXIS 886.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7394. Robert Hoyer, Petitioner v. Tom Horne, Attorney General of Arizona, et al.**

565 U.S. 1164, 132 S. Ct. 1109, 181 L. Ed. 2d 991, 2012 U.S. LEXIS 887.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7395. Kevin Hollingshead, Petitioner v. Kansas.**

565 U.S. 1164, 132 S. Ct. 1109, 181 L. Ed. 2d 991, 2012 U.S. LEXIS 807.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Kansas denied.